No. 80–5184.  EDWARDS v. ANDREWS, ASSISTANT WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 80–5191.  HARRIS v. ADAMS.  C. A. 5th Cir.  Certiorari denied.

No. 80–5193.  WRIGHT v. LeFEVRE, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 80–5209.  BRYANT v. NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 80–5217.  BROWN v. JERNIGAN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 80–5222.  HOLT v. ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 80–5229.  McKINNEY v. OKLAHOMA ET AL.  Ct. Crim. App. Okla.  Certiorari denied.

No. 80–5238.  BURLESON v. TURNER ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 80–5240.  RIDDLE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 80–5242.  SPRADLEY v. FLORIDA.  C. A. 5th Cir.  Certiorari denied.

No. 80–5243.  HARNEST v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 80–5246.  BRACKETT v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 80–5254.  KINNELL v. ATKINS ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 80–5255.  KINNELL v. MEARA, BURBON COUNTY ATTORNEY, ET AL.  C. A. 10th Cir.  Certiorari denied.